**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DAVID N. GILLIS,**<br><br>***Plaintiff*,**<br><br>**v.**<br><br>**DISTRICT OF COLUMBIA, *et al.*,**<br><br>***Defendants*.** | **Civil Action No. 1:24-cv-03391-ACR/ZMF** |

**PLAINTIFF DAVID GILLIS AND DEFENDANT DISTRICT OF COLUMBIA'S JOINT STATUS REPORT**

Plaintiff David Gillis and Defendant District of Columbia (the District) file this Joint Status Report consistent with the Court's September 1, 2026 Minute Order.[1]

**BACKGROUND**

Plaintiff asserts claims under federal and common law arising out of an alleged July 2, 2023 incident. *See* Pl.'s Am. Compl. ¶¶ 17, 33 [1-2]. On February 24, 2025 the Court held a hearing regarding Defendant's Notice of Intent to File Motion to Dismiss Plaintiff's Amended Complaint and referred the case to early mediation. *See* Min. Or. (Feb. 24, 2025). The Court also ordered Defendant District of Columbia to produce to Plaintiff his institutional file and separation order[2] on or before March 24, 2025. *Id.* The case was referred to the Honorable Magistrate Judge Zia M. Faruqui for mediation.

---

[1] Defendant Mojeed Yusuf is not a participant for the mediation. *See* Minute Order (filed March 28, 2025).

[2] Although the Minute Order orders Defendant District of Columbia to "produce to Plaintiff his institutional file and protective order as discussed on the record", the reference to a "protective

**STATUS REPORT**

On February 28, 2025, Judge Faruqui entered an order requiring the parties to exchange mediation statements by March 14, 2025. *See* Or. (Feb. 28, 2025) [12]. After a series of motions requesting extensions of that deadline, and a limited exchange of informal discovery, Defendant and Mr. Gillis submitted Confidential Mediation Statements on June 20 and June 27, 2025, respectively. *See* Joint Consent Motion to Extend Confidential Mediation Statement Deadline [14]; Joint Consent Motion to Modify Confidential Mediation Statement Deadline [19]; Third Motion for Extension of Time to File Confidential Mediation Statement [21]; and Plaintiff's Fourth Consent Motion to Extend Confidential Mediation Statement Deadline [22].

Following the timely submission of their respective statements, each party first engaged in two separate mediation sessions with Judge Faruqui: Mr. Gillis on July 23, 2025 and August 21, 2025, and the District on July 17, 2025 and August 15, 2025.

Beginning mid-August, 2025, however, undersigned Plaintiff's counsel had extreme difficulty speaking with Mr. Gillis in a way that preserves attorney-client privilege. On September 4, 2025, undersigned Plaintiff's counsel wrote to the Bureau of Prisons (BOP) Regional Counsel to ask for their assistance in scheduling a private telephone call with Mr. Gillis, who, at the time, was held at United States Penitentiary (USP) Florence in Colorado. Because of undersigned Plaintiff's counsel's difficulty in reaching Mr. Gillis, undersigned Plaintiff's counsel copied Judge Faruqui's Chambers on their correspondence with BOP Regional Counsel. On September 26, 2025, Judge Faruqui held a joint discussion with counsel for the parties to discuss ways to overcome this logistical obstacle to mediation. On October 10 and October 14, respectively, Judge Faruqui held *ex parte* hearings to allow Plaintiff's counsel the opportunity to speak with Mr. Gillis

---

order" is a clerical mistake. It is a separation order, not a protective order, that is at issue in this case.

about continuing to participate in mediation. *See* Min. Ors. (Sept. 27, 2025; Oct. 10, 2025). Thereafter, on October 29, 2025, Judge Faruqui ordered the U.S. Marshals Service to transport Mr. Gillis to a local detention facility on or before November 24, 2025. *See* Or. (October 29, 2025) [27]. Mr. Gillis was then transported from USP Florence to Federal Detention Center (FDC) Philadelphia. After an *ex parte* hearing on November 24, 2025, Judge Faruqui ordered the U.S. Marshals Service to keep Mr. Gillis at FDC Philadelphia in advance of a further hearing on December 29, 2025. *See* Min. Or. (Nov. 25, 2025). An additional hearing solely with Plaintiff and his counsel was held on January 22, 2026.

The parties participated in good faith in two additional joint in-person mediations with Judge Faruqui: for over four hours on February 26, 2026 and a shorter mediation held on June 3, 2026. Afterward, the parties participated in separate mediation sessions with Judge Faruqui on July 1, 2026 (the District) and July 20, 2026 and August 27, 2026 (Plaintiff). Since the Court's September 1, 2026 Minute Order, the District participated in another mediation session with Judge Faruqui and requests additional time to consider Plaintiff's settlement demand. The parties expect that this will be the final request to extend mediation. The parties respectfully request that they be allowed to submit an additional status report by November 16, 2026.

Dated: October 8, 2026

By: */s/ Kristin McGough*
Kristin L. McGough, DC Bar No. 991209
WINSTON TAYLOR LLP
1901 L Street, NW
Washington, DC 20036
Telephone: (202) 282-5090
kmcgough@winston.com

Respectfully submitted,

By: */s/ Michael R. Moiseyev*
Michael R. Moiseyev, DC Bar No. 431722

WEIL GOTSHAL & MANGES, LLP
2001 M. Street NW, Suite 600
Washington, DC 20036
Telephone: (202) 682-7000
michael.moiseyev@weil.com

Olivia Grob-Lipkis, DC Bar No. 1781326

WASHINGTON LAWYERS' COMMITTEE
FOR CIVIL RIGHTS AND URBAN
AFFAIRS
700 14th Street, NW, Suite 400
Washington, DC 20005
Telephone: (202) 319-1000
olivia_grob-lipkis@washlaw.org

***Attorneys for Plaintiff David N. Gillis***

-AND-

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ George Eppsteiner/sc*
GEORGE EPPSTEINER [90036366]
Chief, Section I
Civil Litigation Division

*/s/ Jessica Krupke*
JESSICA KRUPKE [1019967]
OMOJOMILOJU J. OGUNFIDITIMI [90039743]
Assistant Attorneys General
Civil Litigation Division, Section I
400 6th Street, NW
Washington, D.C. 20001
(202) 805-7562; (202) 727-5291
jessica.krupke@dc.gov; jomi.ogunfiditimi@dc.gov

***Counsel for Defendant District of Columbia and Officer Mojeed Yusuf***